FILED

04/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0642

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. <u>DA 22-0642</u>**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | SUPREME COURT CAUSE No. <u>DA 22-0642</u> |
| NATASHA GABSE, | |
| Appellee, | **ORDER GRANTING** |
| vs. | **EXTENSION OF TIME** |
| WOLFGANG MAXIMILLIAN GABSE, | |
| Appellant. | |

UPON REVIEW of the Appellant's *Request for Extension of Time* and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's Opening Brief Deadline is hereby RESET for the 8th day of May, 2023.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

CC:
- Appellant, c/o Daniel J. Flaherty
- Appellee, c/o Jason T. Holden

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 6 2023